DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone (916) 498-5700

Attorney for Defendant
DANIEL CHARTRAW

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:12-cr-00184-MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION AND ORDER** |
| | ) | |
| DANIEL CHARTRAW, | ) | DATE: September 6, 2012 |
| | ) | TIME: 9:00 a.m. |
| Defendant. | ) | JUDGE: Hon. Morrison C. England Jr. |
| | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through MICHAEL ANDERSON, Assistant U.S. Attorney, and defendant DANIEL CHARTRAW by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Thursday, July 19, 2012, be continued to Thursday, September 6, 2012, at 9:00 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

///

1 | The parties stipulate that the ends of justice served by the
2 | granting of such continuance outweigh the interests of the public and
3 | the defendant in a speedy trial.
4 | Speedy trial time is to be excluded from the date of this order
5 | through the date of the status conference set for , 2012, pursuant to
6 | 18 U.S.C. §§ 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local
7 | Code T4).

DATED: July 12, 2012          Respectfully submitted,

                              DANIEL J. BRODERICK
                              Federal Defender

                              /S/ Benjamin Galloway
                              BENJAMIN GALLOWAY
                              Assistant Federal Defender
                              Attorney for Defendant
                              DANIEL CHARTRAW

DATED: July 12, 2012          BENJAMIN B. WAGNER
                              United States Attorney

                              /s/ Benjamin Galloway for
                              MICHAEL ANDERSON
                              Assistant U.S. Attorney
                              Attorney for Plaintiff

///
///
///

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order. It is hereby ordered that the presently set July 19, 2012 status conference shall be continued to September 6, 2012, at 9:00 a.m.. It is further ordered that the time period from the date of the parties' stipulation, July 12, 2012, through and including the date of the new status conference, September 6, 2012, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

The Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

Dated: July 13, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE