```
1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, Bar# 214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   DANIEL CHARTRAW
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cr.S. 12-0184-MCE |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER** |
| DANIEL CHARTRAW, | DATE: December 6, 2012 |
| Defendant. | TIME: 9:00 a.m. |
| | JUDGE: Hon. Morrison C. England Jr. |

It is hereby stipulated and agreed to between the United States of America through MICHAEL ANDERSON, Assistant U.S. Attorney, and defendant DANIEL CHARTRAW by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Thursday, October 11, 2012, be continued to Thursday, December 6, 2012 at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

///

///

1 | The parties stipulate that the ends of justice served by the
2 | granting of such continuance outweigh the interests of the public and
3 | the defendant in a speedy trial.
4 | Speedy trial time is to be excluded from the date of this order
5 | through the date of the status conference set for December 6, 2012,
6 | pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) [reasonable time to
7 | prepare] (Local Code T4).

```
DATED: October 10, 2012      Respectfully submitted,

                             DANIEL J. BRODERICK
                             Federal Defender

                             /s/ Benjamin Galloway
                             BENJAMIN GALLOWAY
                             Assistant Federal Defender
                             Attorney for Defendant
                             DANIEL CHARTRAW


DATED: October 10, 2012      BENJAMIN B. WAGNER
                             United States Attorney

                             /s/ Benjamin Galloway for
                             MICHAEL ANDERSON
                             Assistant U.S. Attorney
                             Attorney for Plaintiff
```

///
///
///

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order. It is hereby ordered that the presently set October 11, 2012 status conference shall be continued to December 6, 2012 at 9:00 a.m. It is further ordered that the time period from the date of the parties' stipulation, October 10, 2012, through and including the date of the new status conference, December 6, 2012, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

The Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

Dated: October 12, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE